## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

LAWRENCE RANDAZZO                       v.   TOYOTA MOTOR CREDIT CORPORATION a/k/a TOYOTA FINANCIAL SERVICES

THE HONORABLE H. RUSSEL HOLLAND         CASE NO.   2:08-cv-0802-HRH

Deputy Clerk                            Official Recorder

-----                                   -----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Upon representations that counsel will be available, telephonic oral argument on the pending motion to dismiss or, alternatively, to strike reference to non-contract damages (see Docket No. 14) is hereby scheduled for 9:00 a.m. Alaska Standard Time (11:00 a.m. Arizona), on Wednesday, December 10, 2008.   Oral argument will be limited to 15 minutes per side.

Counsel who will be participating in the hearing should each call **907-677-6247** approximately three to five minutes prior to the scheduled start time for the hearing.   The incoming calls will be routed to a telephone "bridge" (a silent answer), and counsel should remain on the line until the in-court deputy retrieves the incoming calls and connects them to the court's sound system.